# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00411-CR

**Manuel Ruiz Constancio, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT NO. A-11-0535-S, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Manuel Ruiz Constancio filed his notice of appeal on May 27, 2014, and his brief was due December 24, 2014, but was never filed. On February 9, 2015, this Court sent an overdue-brief notice to Constancio's appointed counsel, Shawntell McKillop, who failed to provide any response.

The appeal is abated. The district court shall conduct a hearing to determine whether Constancio desires to prosecute this appeal, whether he is indigent, whether Ms. McKillop has abandoned this appeal, and if so, whether new counsel should be appointed. *See* Tex. R. App. P. 38.8(b)(2). A supplemental clerk's record containing copies of all findings and orders from this hearing and a transcription of the court reporter's notes, shall be filed with this Court no later than April 27, 2015. *See* Tex. R. App. P. 38.8(b)(3).

It is ordered on March 26, 2015.


Before Chief Justice Rose, Justices Goodwin and Field

Abated and Remanded

Filed:   March 26, 2015

Do Not Publish